**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA   :

     v.                         :      **Civil Case No. 09-CV-01274**

                                :      **Crim. Case 2:04-CR-00119-1- KJD**

IRWIN SCHIFF,

                                :

     Defendant-Movant.

<u>ORDER GRANTING CERTIFICATE OF APPEALABILITY</u>

     On November 9, 2012, the defendant, Irwin Schiff, moved this Court pursuant to 28

U.S.C. § 2253(c)(1), Fed.R.Gov. § 2255 Proc. 11(a),  and LR 702 for a certificate of

appealability permitting him to appeal this Court's Order dated September 21, 2012 (RE 616),

denying the defendant-movant's motion to vacate (RE 600).  This Court having considered the

motion, and good cause appearing,

     **IT IS ORDERED** that the motion is **GRANTED.**  A Certificate of Appealability is

hereby granted giving the defendant permission to raise the following issue on appeal:

     Does the existing record demonstrate that the appellant was deprived of his Sixth
     Amendment right to the effective assistance of counsel when his attorney failed to
     raise one or both of the following issues on direct appeal:

          a.  Did the District Court commit plain error when it granted the
          government's motion to exclude evidence of Mr. Schiff's bipolar disorder?

          b.  Did the District Court err when it excluded evidence proffered by the
          defendant in support of his willfulness defense?

     DATED this __19__ day of_____December_____, 2012.

                                    _____
                                    Kent J. Dawson
                                    United States District Judge